**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1207

TERESA A. RATLEDGE,

        Plaintiff - Appellant,

    v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,

        Defendant – Appellee,

    v.

UNITED STATES OF AMERICA,

        Party-in-Interest.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.   (1:10-cv-00239-CMH-TCB)

Submitted:  October 20, 2011      Decided:  October 24, 2011

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Ian Igiel, NEALON & ASSOCIATES, P.C., Alexandria, Virginia; Howard N. Berliner, BERLINER LAW FIRM, PLLC, Washington, D.C., for Appellant.  Brian Z. Liss, SAIC, McLean, Virginia; Robert R. Sparks, Jr., SPARKS & CRAIG, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa A. Ratledge appeals the district court's order granting Defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ratledge v. Science Applications Int'l Corp., No. 1:10-cv-00239-CMH-TCB (E.D. Va. filed Feb. 10, 2011; entered Feb. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED